IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

vs.                3:08cr46/LAC

**SCOTT KERLE,**
  **Defendant.**
_____

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

  The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to the two count indictment against him.  After cautioning and examining the defendant under oath concerning the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted and that the defendant be adjudicated guilty and have sentence imposed accordingly.

Dated: June 23, 2008

          /s/ *Miles Davis*
          MILES DAVIS
          UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within 24 hours after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>   A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**