UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       VS                                     CASE NO.  3:08-CR-46-005/LAC

    SCOTT KERLE

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Scott Kerle #06981-017__(Payee)
Address:   FPC Pensacola
                110 Raby Ave.
                Pensacola, FL 32509

Receipt Number  _B121008DFLN308CR000046_

Date of Receipt  _01/22/09_

Motion: N/A

Explanation: Scott Kerle's $200.00 special assessment was paid in full on 9/9/08.  The Clerk's office received $25.00 on the December 2008 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Kerle does not owe any additional money.  Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___*s/Philip Detweiler*_____
                Philip Detweiler, Financial Specialist        Date:  January 26, 2009

Referred by: _____,Deputy Clerk

## ORDER OF COURT

It is ORDERED this 26th day of January, 2009, that the Clerk refund the identified funds to the payee.

APPROVED ____X_____

DENIED_____                        *s/L.A. Collier*_____
                                                                    LACEY A. COLLIER
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99